AO 440 (Rev. 06/12) Summons in a Civil Action

FILED-CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

2013 FEB 20  AM 10: 48

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| COMPUFILL, LLC <br><br> *Plaintiff(s)* <br> v. <br> HEB GROCERY COMPANY, LP <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 2:13-CV-00106 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HEB Grocery Company, LP
c/o Abel Martinez
646 S. Main Ave.
San Antonio, TX 78204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Darrell G. Dotson
Stevens Love
222 N. Fredonia St.
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  __2/8/13__

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-CV-00106

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HEB Grocery Company, LP
was received by me on *(date)* 2/8/2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served by certified mail, RRR #7012 1010 0000 2376 5229, upon Abel Martinez, 646 S. Main Ave., San Antonio, TX 78204 on 2/11/2013.

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/15/2013

*Rose West* (signature)
Server's signature

Rose West, Legal Assistant
Printed name and title

P.O. Box 3427, Longview, Texas 75606
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE ~~Compufill HEB~~

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.17 |

Postmark Here — DOWNTOWN ST 75601, FEB 8 2013, USPS

Sent To: HEB c/o Abel Martinez
Street, Apt. No.; or PO Box No. 646 S. Main Ave.
City, State, ZIP+4: San Antonio, TX 78204

PS Form 3800, August 2006 — See Reverse for Instructions

7012 1010 0000 2376 5229

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HEB Grocery Company
c/o Abel Martinez
646 S. Main Ave.
San Antonio, TX
78204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Karen S. [illegible]
C. Date of Delivery: FEB 11 2013
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 1010 0000 2376 5229

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540