Appendix K                                                                Revised: 8/7/2012

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## <u>Marshall</u> DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By PBell at 3:06 pm, Apr 01, 2013

1. This application is being made for the following: Case # __2:13-cv-00106__
Style/Parties: __Compufill, LLC v. HEB Grocery Company, LP__
2. Applicant is representing the following party/ies: __HEB Grocery Company, LP__
3. Applicant was admitted to practice in __California__ (state) on __August 15, 2003__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant   has  (has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant   has  (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant   has  (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
CA USDC Central District, CA USDC Southern District; CA USDC Northern District; IL USDC Northern District; USCA 9th Circuit; USCA Federal Circuit
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
    I, __Wendy J. Ray__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __March 29, 2013__        Signature __/s/ Wendy J. Ray_____ (/s/Signature)

Application Continued on Page 2

la-1205341

American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Wendy J. Ray

Bar Number /State 226269/California

Firm Name:   Morrison & Foerster LLP

Address/P.O. Box:   555 W. 5th Street, Suite 3500

City/State/Zip: Los Angeles, CA  90013

Telephone #:  (213) 892-5200

Fax #:  (213) 892-5454

E-mail Address: wray@mofo.com

Secondary E-Mail Address: ____

This application has been approved for the court on:   **4/1/13**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  *Petoria Bell*
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete instructions please visit the website
http://www.txed.uscourts.gov/

la-1205341

