UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
<u>Marshall</u> DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By PBell at 11:45 am, Apr 01, 2013

1. This application is being made for the following: Case # __2:13-cv-00106__
Style/Parties: __CompuFill, LLC v. HEB Grocery Company, LP__
2. Applicant is representing the following party/ies: __HEB Grocery Company, LP__
3. Applicant was admitted to practice in __New York__ (state) on __March 28, 1979__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant    has   (has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant    has   (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant    has   (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    __Please see attached list.__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
    I, __Charles S. Barquist__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __3/29/13__        Signature _____ (/s/Signature)
                                    Charles S. Barquist

Application Continued on Page 2

la-1205340



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)  Charles S. Barquist
Bar Number /State   133785/California
Firm Name:   Morrison & Foerster LLP
Address/P.O. Box:   555 W. 5th Street, Suite 3500
City/State/Zip: Los Angeles, CA  90013
Telephone #:  (213) 892-5200
Fax #:  (213) 892-5454
E-mail Address: cbarquist@mofo.com
Secondary E-Mail Address:  rbeltran@mofo.com

This application has been approved for the court on:   **4/1/13**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By   *Petoria Bell*
Deputy Clerk

la-1205340

American LegalNet, Inc.
www.FormsWorkFlow.com

# CHARLES S. BARQUIST

# BAR ADMISSIONS

### STATE BARS

| | |
|---|---|
| **NEW YORK** | 3/28/79 |
| **CALIFORNIA SUPREME COURT**     NO. 133785 | 6/16/88 |

### FEDERAL COURTS

| | |
|---|---|
| **SOUTHERN DISTRICT OF NEW YORK** | 10/25/79 |
| **EASTERN DISTRICT OF NEW YORK** | 11/21/79 |
| **SECOND CIRCUIT COURT OF APPEALS** | 8/18/83 |
| **EASTERN DISTRICT OF KENTUCKY** | 3/25/85 |
| **SIXTH CIRCUIT COURT OF APPEALS** | 1/15/86 |
| **NINTH CIRCUIT COURT OF APPEALS** | 11/13/87 |
| **NORTHERN DISTRICT OF CALIFORNIA** | 11/16/87 |
| **EASTERN DISTRICT OF CALIFORNIA** | 9/1/89 |
| **CENTRAL DISTRICT OF CALIFORNIA** | 9/28/94 |
| **SOUTHERN DISTRICT OF CALIFORNIA** | 9/13/95 |
| **DISTRICT OF COLORADO** | 5/8/98 |
| **FEDERAL CIRCUIT COURT OF APPEALS** | 8/18/98 |

la-27475

CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 2nd day of April, 2013.

                                                                    /s/ Charles S. Barquist
                                                                         Charles S. Barquist