**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COMPUFILL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEB GROCERY COMPANY, LP, <br><br> Defendant. | Case No. 2:13-cv-00106-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT'S NOTICE OF INITIAL DISCLOSURES**

Defendant, HEB Grocery Company, LP hereby notifies the Court that on July 29, 2013, it served its initial disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, on all counsel of record via electronic mail.

DATED: July 30, 2013

Respectfully submitted,

/s/ *Michael C. Smith*
Michael C. Smith
State Bar No. 18650410
SIEBMAN, BURG, PHILLIPS, & SMITH
113 East Austin Street
Marshall, Texas 75670
Telephone: (903) 938-8900
Facsimile: (972) 767-4620
Email: michaelsmith@siebman.com

**ATTORNEYS FOR DEFENDANT
HEB GROCERY COMPANY, LP**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 30th day of July 2013, I electronically filed the foregoing document with the Clerk of the Court of the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

               /s/ *Michael C. Smith*
               Michael C. Smith