IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPUFILL, LLC,<br><br>Plaintiff<br><br>vs.<br><br>HEB GROCERY COMPANY, LP,<br>Defendant. | Case No. 2:13-cv-00106-JRG-RSP |

_____

## AGREED NOTICE OF MEDIATOR

Plaintiff CompuFill, LLC and Defendant HEB Grocery Company, LP (collectively "the Parties") hereby file this agreed notice of Mediator, notifying the Court that the Parties have agreed upon T. John Ward, Ward & Smith Law Firm, 1127 Judson Rd., Suite 220, Longview, Texas 75601 (903) 757-6400, as the Mediator in this matter.

Dated: August 22, 2013

Respectfully submitted,

 */s/ Darrell G. Dotson*
_____
Scott E. Stevens
Texas State Bar No. 0079202
Gregory P. Love
Texas Bar No. 24013060
Darrell G. Dotson
State Bar No. 24002010
Todd Y. Brandt
Texas Bar No. 24027051
Nicolas J. Labbit
Texas State Bar No. 24080994
Stevens | Love
P.O. Box 3427
Longview, Texas 75606
Telephone: 903-753-6760
Facsimile: 903-753-6761
scott@stevenslove.com
darrell@stevenslove.com

>greg@stevenslove.com
>todd@stevenslove.com
>nicolas@stevenslove.com
>
>*Attorneys for Plaintiff*
>*Compufill, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 22, 2013.

>  /s/ Darrell G. Dotson
> Darrell G. Dotson