# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

COMPUFILL, LLC,

Plaintiff

vs.

HEB GROCERY COMPANY,
LP,Defendant.

Defendant.

Case No. 2:13-cv-00106-JRG-RSP

_____

DOCKET CONTROL ORDER

The parties agree on all proposed dates, except the three italicized dates below for early Markman briefing and hearing on the "storage" term. Plaintiff does not agree to an early Markman. Defendant seeks an early Markman as to this one term, which Defendant believes is potentially dispositive. Defendant believes that even if the construction of the term does not dispose of the case, it will greatly streamline the case and conserve judicial and party resources.

| Date | Event |
| --- | --- |
| January 5, 2015 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| December 22, 2014 | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** |
| December 17, 2014 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| December 15, 2014 | *File Joint Pretrial Order, Proposed Jury Instructions, Proposed Verdict Form, and Responses to Motions *in Limine* |
| December 8, 2014 | *File Notice of Request for Daily Transcript or Real Time Reporting. |

|  | If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Susan Simmons, at lssimmons@yahoo.com. |
|---|---|
| December 1, 2014 | File Motions *in Limine*  The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| December 1, 2014 | Serve Objections to Rebuttal Pretrial Disclosures |
| November 24, 2014 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| November 10, 2014 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| October 13, 2014 | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)  No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| October 13, 2014 | Deadline to Complete Expert Discovery |
| September 22, 2014 | Serve Disclosures for Rebuttal Expert Witnesses |
| September 1, 2014 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| September 1, 2014 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| August 18, 2014 | *Deadline to File Letter Briefs Regarding Dispositive Motions |
| May 27, 2014 | Deadline to Complete Mediation |
| May 20, 2014 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| April 29, 2014 | *Claim Construction Hearing – 9:00 a.m. in **Marshall, Texas** |
| April 15, 2014 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| April 8, 2014 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| April 1, 2014 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| March 18, 2014 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and |

|  | Submit Technical Tutorials (if any) |
|---|---|
| March 18, 2014 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| March 4, 2014 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| February 25, 2014 | File Response to Amended Pleadings |
| February 11, 2014 | *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |
| February 4, 2014 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| January 14, 3014 | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| December 24, 2013 | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| *October 29, 2013 (or as soon thereafter as the Court has availability)*<br><br>CONTESTED ISSUE | Defendant Proposes*: Early Markman hearing on "storage" term*<br><br>Plaintiff Proposes*: Early Markman Hearing on "storage" term unnecessary.* |
| *October 15, 2013*<br><br>CONTESTED ISSUE | Defendant Proposes*: Simultaneous responsive claim construction briefs on "storage" term* |
| *October 1, 2013*<br><br>CONTESTED ISSUE | Defendant Proposes*: Simultaneous opening claim construction briefs on "storage" term* |
| September 19, 2013 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| August 29, 2013 | Join Additional Parties |
| August 22, 2013 | *File Proposed Docket Control Order, Proposed Discovery Order, Proposed Protective Order and Notice of Mediator |
| July 25, 2013 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

## ADDITIONAL REQUIREMENTS

**Notice of Mediator**: The parties are to jointly file a notice that identifies the agreed upon mediator or indicates that no agreement was reached. If the parties do not reach an agreement, the Court will appoint a mediator. The parties should not file a list of mediators to be considered by the Court.

**Summary Judgment Motions**: Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief in each of those matters shall be no longer than five (5) pages and shall be filed with the Court no later than the deadline for filing letter briefs. Answering letter briefs in each of those matters shall be no longer than five (5) pages and filed with the Court no later than fourteen (14) days thereafter. Reply briefs in each of those matters shall be no longer than three (3) pages and filed with the Court no later than five (5) days thereafter. The Court may decide the question on the submissions or hold a hearing or telephone conference to hear arguments and to determine whether the filing of any motion will be permitted. Letter briefs shall be filed without exhibits. Any requests to submit letter briefs after the deadlines outlined above must show good cause.

**Form of the Pretrial Order and Pretrial Disclosures**: The Court will issue a standing order governing the form of the pretrial order and pretrial disclosures at least four months prior to trial. The parties may obtain a copy of the order from the Court's website at that time.

**Motions for Continuance**: The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

(a)     The fact that there are motions for summary judgment or motions to dismiss pending;

(b)     The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

(c)     The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.