**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COMPUFILL LLC | § § | |
| v. | § § | Case No. 2:13-CV-106-JRG-RSP |
| HEB GROCERY COMPANY, LP | § | |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that Judge T. John Ward (Ret.), 1127 Judson Road, Suite 220, Longview, TX 75601, telephone number 903-757-6400 and fax number 903-757-2323, is hereby appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation.

Mediation shall be governed by the Court-Annexed Mediation Plan, Appendix H to the Local Court Rules for the Eastern District of Texas. In particular, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing.

**SIGNED this 23rd day of August, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE