**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COMPUFILL, LLC,<br><br>                       Plaintiff,<br><br>v.<br><br>HEB GROCERY COMPANY, LP,<br><br>                       Defendant. | Case No. 2:13-cv-00106-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANT'S NOTICE OF P.R. 3-3 DISCLOSURES**

Defendant, HEB Grocery Company, LP hereby notifies the Court that on September 19, 2013, pursuant to the Court's Scheduling Conference Order filed July 19, 2013 (Dkt. 18) and Eastern District of Texas Patent Local Rule 3-3, it served its Invalidity Contentions regarding U.S. Patent No. 6,728,684 on all counsel of record.

DATED: September 19, 2013

                                                      Respectfully submitted,

                                                      /s/ *Michael C. Smith*
                                                      Michael C. Smith
                                                      State Bar No. 18650410
                                                      SIEBMAN, BURG, PHILLIPS, & SMITH
                                                      113 East Austin Street
                                                      Marshall, Texas 75670
                                                      Telephone: (903) 938-8900
                                                      Facsimile: (972) 767-4620
                                                      Email: michaelsmith@siebman.com

                                                      **ATTORNEYS FOR DEFENDANT
                                                      HEB GROCERY COMPANY, LP**

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 19th day of September 2013, I electronically filed the foregoing document with the Clerk of the Court of the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                      /s/ *Michael C. Smith*
                                                      Michael C. Smith