IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPUFILL, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>HEB GROCERY COMPANY, LP,<br><br>        Defendant. | Case No.  2:13-CV-00106-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**COMPUFILL, LLC'S AMENDED CORPORATE
DISCLOSURE STATEMENT PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 7.1**

  Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Compufill, LLC ("Compufill") states that it is a wholly-owned subsidiary of Nuta Technology Corp.

Dated:  October 7, 2013

                  Respectfully submitted,

                  */s/ Todd Y. Brandt*
                  Scott E. Stevens
                  Texas State Bar No. 0079202
                  Gregory P. Love
                  Texas Bar No. 24013060
                  Todd Y Brandt
                  State Bar No. 24027051
                  Nicolas J. Labbit
                  Texas State Bar No. 24080994
                  Stevens | Love
                  P.O. Box 3427
                  Longview, Texas 75606
                  Telephone: 903-753-6760
                  Facsimile: 903-753-6761
                  scott@stevenslove.com
                  greg@stevenslove.com
                  nicolas@stevenslove.com

                  *Attorneys for Plaintiff
                  CompuFill, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 7th day of October, 2013.

*/s/ Todd Y. Brandt*
Todd Y. Brandt